**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

HOLLY D. COFFARO,

        Plaintiff,

vs.                                   Case No.  3:12-cv-1081-J-99MMH-MCR

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 18; Report), entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on November 1, 2013. In the Report, Magistrate Judge Richardson recommends that the Court affirm the Commissioner's final decision. See Report at 1 and 21. Plaintiff filed her Objection to Report and Recommendation Dated November 1, 2013 (Dkt. No. 19; Objection), and Defendant filed a response thereto (Dkt. No. 20; Response). The matter is now ripe for review.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at *1 (M.D. Fla. May 14, 2007).

Plaintiff's sole objection[1] is that

> [t]he ALJ failed to make findings concerning the side effects of medications that Ms. Coffaro was taking on her ability to work and failed to include these limitations in the residual functional capacity assessment.

Objection at 2. Specifically, Plaintiff contends that the Magistrate Judge improperly relied on Brooks v. Astrue, 8:06-cv-1815, 2007 WL 4326794 (M.D.Fla. Dec. 7, 2007), in recommending that the Court find that the ALJ considered Plaintiff's testimony regarding the side effects of her medication on her ability to work and implicitly rejected it based upon the medical evidence. Id. at 2-3.

The Court has conducted an independent review of the entire file, which includes the submissions considered by the Magistrate Judge,[2] the Transcript of Administrative Proceedings (Dkt. No. 13), the Report, Plaintiff's Objection and Defendant's Response. For the reasons stated in the Magistrate Judge's Report, the Court finds that the ALJ's decision was supported by substantial evidence. The Court concurs with the Magistrate Judge that the administrative record establishes that although he did not make particularized findings concerning the impact of Plaintiff's stated side effects from her medication on her ability to

---

[1] Plaintiff did not object to the findings or conclusions of the Magistrate Judge that: 1) the ALJ did not err by posing a hypothetical question to the Vocational Expert that did not include reference to Plaintiff's migraine headaches; and 2) the ALJ did not err in finding that Plaintiff's impairments did not meet or equal Medical Listing 14.08. See Report at 11-14 and 14-17, and Objection at 1-2.

[2] See Dkt. Nos. 1, Complaint; 12, Answer; 16, Plaintiff's Brief; and 17, Memorandum in Support of the Commissioner's Decision.

work, the ALJ considered her testimony regarding them and implicitly rejected it as not supported by the medical evidence. The Court also concurs with the Magistrate Judge that '[t]his case is very similar" to Brooks, and is of the opinion that as in Brooks, "remand in these circumstances would serve no useful purpose." See Report at 17-20; Brooks at *4. The Court will overrule Plaintiff's Objection, and accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. Plaintiff's Objection to Report and Recommendation Dated November 1, 2013 (Dkt. No. 19) is **OVERRULED**.

2. The Magistrate Judge's Report and Recommendation (Dkt. No. 18) is **ADOPTED** as the opinion of the Court.

3. The Clerk of Court is directed to enter judgment **AFFIRMING** the Commissioner's final decision.

4. The Clerk of Court is directed to close the file.

DONE AND ORDERED in Jacksonville, Florida, December 6, 2013.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

jae

Copies to:
The Honorable Monte C. Richardson
United States Magistrate Judge
Counsel of Record